1

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**

2

2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721

3

PHONE (559) 233-2900
FAX (559) 485-3852

4

5

ATTORNEYS FOR Defendant
        TALAL ALI CHAMMOUT

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

**\* \* \* \* \* \* \* \***

11

UNITED STATES OF AMERICA,

Case No.: **1:06 CR 00426 OWW**

12

                    Plaintiff,

13

        vs.

**STIPULATION TO CONTINUE STATUS**
**CONFERENCE**
                            and
**O R D E R**

14

TALAL ALI CHAMMOUT,

15

                    Defendant.

**Date: May 14, 2007**
**Time: 9:00 a.m.**
**Dept: Hon. OLIVER W. WANGER**

16

17

18

TO:    THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT
        JUDGE; AND TO STAN BOONE, ASSISTANT UNITED STATES ATTORNEY:

19

20

        TALAL ALI CHAMMOUT, by and through his attorney, ROGER T. NUTTALL, of the

21

Law Offices of NUTTALL & COLEMAN, respectfully requests that this Court continue the

22

matter of his Status Conference, currently scheduled for May 7, 2007, to May 14, 2007, at 9:00

23

a.m.

24

        This continuance is respectfully requested and is necessary to give the parties an opportunity

25

to engage in further discussions and negotiations, including, but not limited to, discussions relating

26

to a potential resolution of the case.

27

        The parties agree that the delay resulting from this continuance shall be excluded in the

28

interests of justice pursuant to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and

1    3161(h)(8)(B)(i).

2           Counsel for Mr. Chammout has contacted Mr. Boone who has agreed to this short

3    continuance.

4           It is respectfully submitted that neither the court, nor any party to this proceeding, should be

5    unduly prejudiced by a reasonable continuance of the Status Conference for the above-stated

6    purposes.

7           DATED: May 3, 2007.

                                            NUTTALL & COLEMAN

8
                                                   /s/ Roger T. Nuttall
9                                           By: _____
                                                   ROGER T. NUTTALL
10

11                                          UNITED STATES ATTORNEY'S OFFICE

12                                                 /s/ Sheila Oberto
                                            By: _____
13                                                 STAN BOONE
                                                   Assistant U. S. Attorney
14

15

16

17                                       **O  R  D  E  R**

18
            IT IS SO ORDERED.
19
     **Dated:    May 8, 2007**              _____/s/ Oliver W. Wanger_____
20                                          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28