(SPACE BELOW FOR FILING STAMP ONLY)

1  **ROGER T. NUTTALL #42500**
   **NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852

5  ATTORNEYS FOR  Defendant
   TALAL ALI CHAMMOUT

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                    * * * * * * * *

11 | UNITED STATES OF AMERICA,     | Case No. 1:06CR00426-OWW
12 |     Plaintiff,                | **STIPULATION TO SET HEARING DATE AND ORDER**
13 |     vs.                       | [Title 18 U.S.C. § 3145]
14 | TALAL ALI CHAMMOUT,
15 |     Defendant.

17    **IT IS HEREBY STIPULATED**, by and between the parties through their respective

18 counsel, that the hearing on Defendant's Motion To Release Pending Sentencing of this matter, shall

19 be set for August 2, 2007, at 9:00 a.m., in the Courtroom of the Honorable Oliver W. Wanger.

20    This stipulation is entered into between defendant's counsel, Roger T. Nuttall, and Assistant

21 United States Attorney, Stanley Boone, given that Mr. Boone will be unavailable until August 2,

22 2007. Counsel for both parties have discussed this matter and neither party objects to this August

23 2, 2007, setting.

24 ///
25 ///
26 ///
27 ///
28 ///

DATED: July 17, 2007.

                              NUTTALL & COLEMAN

By: /s/Roger T. Nuttall
    ROGER T. NUTTALL
    Attorneys for Defendant
    TALAL ALI CHAMMOUT

DATED: July 17, 2007.

                              OFFICE OF THE UNITED STATES ATTORNEY

By: /s/Stan Boone
    STANLEY BOONE
    Asssistant United States Attorney

\* \* \* \* \* \* \* \*

**O R D E R**

**GOOD CAUSE APPEARING TO THE COURT, IT IS HEREBY ORDERED** that the hearing on Defendant's Motion To Release Pending Sentencing in this matter, will be set for August 2, 2007.

IT IS SO ORDERED.

**Dated:   July 20, 2007**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE