(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
TALAL ALI CHAMMOUT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:06 CR 00426 OWW** |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S RELEASE** |
| TALAL ALI CHAMMOUT, | **and** |
| Defendant. | **O R D E R** |

TO: THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT JUDGE; AND TO STAN BOONE, ASSISTANT UNITED STATES ATTORNEY:

**IT IS HEREBY STIPULATED** by and between the parties hereto that the hearing on Defendant, TALAL ALI CHAMMOUT'S, release currently scheduled on August 20, 2007, at 12:00 noon, be continued to Thursday, September 6, 2007, at 12:00 noon.

This short continuance is respectfully requested and is necessary due to the fact that counsel for the Defendant herein is engaged in a trial in the Fresno Superior Court entitled People vs. Quigley, which trial is not expected to conclude until August 29, 2007.

1   The parties agree that the delay resulting from this
2 continuance shall be excluded in the interests of justice pursuant
3 to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and
4 3161(h)(8)(B)(i).
5   Counsel for Mr. Chammout has contacted Mr. Boone who has
6 agreed to this short continuance.
7   It is respectfully submitted that neither the court, nor any
8 party to this proceeding, should be unduly prejudiced by a
9 reasonable continuance of the Status Conference for the above-
10 stated purposes.
11   DATED: August 16, 2007.

                                NUTTALL & COLEMAN

                                    /s/ Roger T. Nuttall
                                By: _____
                                    ROGER T. NUTTALL


                                OFFICE OF THE UNITED STATES
                                    ATTORNEY

                                    /s/ Stan Boone
                                By: _____
                                    STAN BOONE
                                    Assistant U. S. Attorney

                        ***********************

                              **O R D E R**

   Good Cause Appearing,

   IT IS SO ORDERED.

**Dated:   August 17, 2007**          /s/ Oliver W. Wanger
                                   _____
                                   UNITED STATES DISTRICT JUDGE

2