(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
TALAL ALI CHAMMOUT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: **1:06 CR 00426 OWW** |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** and **O R D E R** |
| TALAL ALI CHAMMOUT, | |
| Defendant. | Date: August 27, 2007<br>Time: 9:00 a.m.<br>Dept: Hon. OLIVER W. WANGER |

TO: THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT JUDGE; AND TO STAN BOONE, ASSISTANT UNITED STATES ATTORNEY:

TALAL ALI CHAMMOUT, by and through his attorney, ROGER T. NUTTALL, of the Law Offices of NUTTALL & COLEMAN, respectfully requests that this Court continue the matter of his Sentencing, currently scheduled for August 27, 2007, to September 17, 2007, at 1:30 p.m.

Because of trial calendar conflicts, a continuance is respectfully requested in order that the court may be able to consider the Defendant's request for interim release pending Sentencing.

1   The parties agree that the delay resulting from this
2 continuance shall be excluded in the interests of justice
3 pursuant to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and
4 3161(h)(8)(B)(i).
5   Counsel for Mr. Chammout has contacted Stan Boone, Assistant
6 U. S. Attorney, who has agreed to this continuance.
7   It is respectfully submitted that neither the court, nor any
8 party to this proceeding, should be unduly prejudiced by this
9 continuance of the Sentencing for the above-stated purposes.
10   DATED: August _____, 2007.

NUTTALL & COLEMAN

/s/ Roger T. Nuttall
By: _____
ROGER T. NUTTALL

UNITED STATES ATTORNEY'S OFFICE

/s/ Stan Boone
By: _____
STAN BOONE
Assistant U. S. Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Good Cause Appearing,

IT IS SO ORDERED.

**Dated:   August 17, 2007**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2