IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DIVISION OF CALIFORNIA, FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:06 cr 00426 OWW |
| | ) | |
| Plaintiff, | ) | **ORDER ALLOWING DEFENDANT'S** |
| | ) | **APPLICATION FOR WRIT OF HABEAS** |
| vs. | ) | **CORPUS AD TESTIFICANDUM TO BE** |
| | ) | **HEARD IMMEDIATELY FOLLOWING** |
| TALAL ALI CHAMMOUT, | ) | **THE DEFENDANT'S SENTENCING** |
| | ) | **HEARING ON OCTOBER 9, 2007** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

On Thursday, October 4, 2007, the parties in this action orally stipulated that Defendant Talal Ali Chammout's Application For Writ Of Habeas Corpus Ad Testificandum may be heard immediately following Mr. Chammout's sentencing on Tuesday, October 9, 2007 at 3:00 p.m. On Friday, October 5, 2007, counsel for Mr. Chammout submitted an affidavit setting forth good cause to hear the aforementioned Application immediately following Mr. Chammout's sentence hearing. Upon review of the affidavit submitted by counsel for Mr. Chammout, it appears that good cause exists to hear Mr.

1

[proposed] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  Chammout's Application For Writ Of Habeas Corpus Ad Testificandum On October 9, 2007 at 3:00

2  p.m., immediately following the sentencing hearing in this matter.

3       IT IS HEREBY ORDERED THAT Defendant Talal Ali Chammout's Application For Writ Of

4

5  Habeas Corpus Ad Testificandum shall be heard on October 9, 2007 at 3:00 p.m., immediately

6  following the sentencing hearing in this matter.

7

8  DATED:  October 9, 2007                    /s/ OLIVER W. WANGER

9                                             THE HON. OLIVER WANGER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[proposed] ORDER

PDF created with pdfFactory trial version www.pdffactory.com