IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAL ALI CHAMMOUT,<br><br>        Petitioner,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. CV-F-08-1536 OWW<br>(No. CR-F-06-426 OWW)<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 WITHIN 45 DAYS |

    On October 10, 2008, Petitioner Talal Ali Chammout timely filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

    Petitioner claims he was denied the effective assistance of counsel because the underlying crime to the violation of 18 U.S.C. § 922(g)(1) was not a felony under California law; because defense counsel never informed Petitioner that the firearms listed in Count One of the Indictment must have been shipped in interstate commerce; because defense counsel told Petitioner at

1

the change of plea proceedings that Petitioner should just agree with all of the questions asked of him by the judge; and because defense counsel failed to argue that Petitioner could not afford to immediately pay the fine of $10,100 based on his financial resources and earnings ability.

The Indictment charged in Count One that Petitioner:

> on or about December 7, 2006 in the County of Tulare, State and Eastern District of California, after having been previously convicted, on or about June 27, 1995, of Assault with Force Likely to Produce Great Bodily Injury, in violation of California Penal Code Section 245(a)(1), in the Superior Court of California, County of Tulare, a crime punishable by a term of imprisonment exceeding one year, did knowingly possess firearms, including, but not limited to, three (3) AK-47 assault-type rifles, one (1) Tec 9 pistol, and five (5) Beretta pistols, in and affecting commerce, in that all said firearms had been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

Count Two of the Indictment charged Petitioner with conspiracy to possess stolen government property in violation of 18 U.S.C. §§ 371 and 641.

Petitioner pleaded guilty to Count One pursuant to a written Plea Agreement.

The United States is ordered to file a response to Petitioner's Section 2255 motion within 45 days of the filing date of this Order.  Petitioner's reply, if any, shall be filed within 30 days thereafter.

///

IT IS SO ORDERED.

**Dated:     October 20, 2008**                               /s/ Oliver W. Wanger
                                                          UNITED STATES DISTRICT JUDGE