IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAL ALI CHAMMOUT,<br><br>            Petitioner,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | No. CV-F-08-1536 OWW<br>(No. CR-F-06-426 OWW)<br><br>REVISED ORDER DIRECTING UNITED STATES TO RESPOND TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND PETITIONER'S SUPPORTING MEMORANDUM WITHIN 45 DAYS OF FILING DATE OF ORDER |

    On October 10, 2008, Petitioner Talal Ali Chammout timely filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

    Petitioner claims he was denied the effective assistance of counsel because the underlying crime of violation of 18 U.S.C. § 922(g)(1) was not a felony under California law; because defense counsel never informed Petitioner that the firearms listed in Count One of the Indictment must have been shipped in interstate

1 commerce; because defense counsel told Petitioner at the change
2 of plea proceedings that Petitioner should just agree with all of
3 the questions asked of him by the judge; and because defense
4 counsel failed to argue that Petitioner could not afford to
5 immediately pay the fine of $10,100 based on his financial
6 resources and earnings ability.

7 By Order filed on October 21, 2008, the United States was
8 ordered to file a response to Petitioner's Section 2255 motion
9 within 45 days of the filing date of the Order.  However, on
10 November 27, 2008, Petitioner filed a memorandum of points and
11 authorities in support of the Section 2255 motion.  Because of
12 the belated filing of the supporting memorandum, the time within
13 which the United States is to respond must be revised.

14 The United States is ordered to file a response to the
15 Section 2255 motion and Petitioner's supporting memorandum of
16 points and authorities within 45 days of the filing date of this
17 Order.  Petitioner's reply, if any, shall be filed within 30 days
18 thereafter.

19 IT IS SO ORDERED.

20 **Dated:   December 2, 2008**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE