LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV.F. 08-1536 OWW |
|  | CR.F. 06-0426 OWW |
| Plaintiff, |  |
|  | ORDER ON GOVERNMENT'S MOTION |
| v. | FOR EXTENSION OF TIME TO |
|  | RESPOND TO DEFENDANT'S SECTION |
| TALAL ALI CHAMMOUT, | 2255 MOTION |
|  |  |
| Defendant. |  |

IT IS HEREBY ORDERED, that the government may have until February 27, 2009, to respond to the defendant's motion in this matter, seeking relief pursuant 28 U.S.C. § 2255.

IT IS SO ORDERED.

**Dated:   January 20, 2009**          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE