**LAW OFFICE OF WAZHMA MOJADDIDI**
**WAZHMA MOJADDIDI (SBN 226804)**
7112 Agora Way
El Dorado Hills , CA 95762
Telephone: (916) 939-7357
Facsimile: (916) 939-2721

Attorney for Defendant
TALAL ALI CHAMMOUT

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06-CR-00426-001-OWW |
| Plaintiff, | ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION UNDER 28 U.S.C.§ 2255. |
| vs. | |
| TALAL ALI CHAMMOUT | |
| Defendant. | |

IT IS HEREBY ORDERED that the Defendant shall have until April 30, 2009, in order to file his Reply Brief in Support of his Motion under 28 U.S.C.§ 2255.

IT IS SO ORDERED.

DATE 3/31/2009 /s/ OLIVER W WANGER
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com