BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Talal Chammout,<br><br>SSN: ***-**-3708<br><br>    Defendant. | CASE NO. 1:06CR00426-OWW<br><br>RELEASE OF LIEN FOR FINE/RESTITUTION |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Release of the judgment lien obtained herein is hereby acknowledged, and you are instructed to enter a Release of Lien For Fine/Restitution. A Notice of Lien For Fine/Restitution was entered by the Recorder of Kern County, Document # 0207217769 on October 30, 2007. The Notice of Lien For Fine/Restitution is hereby acknowledged as released as to Defendant Talal Chammout.

DATED: 16 April 2015

BENJAMIN B. WAGNER
United States Attorney

BY: /s/ Kurt A. Didier
KURT A. DIDIER
Assistant United States Attorney

RELEASE OF LIEN FOR FINE/RESTITUTION